**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

vs.  CASE NO. 3:02-cr-10-J-21

**DONOVAN HAYNES,**

_____/

**O R D E R**

Before the Court is the Defendant's Motion to Preserve Argument of <u>Blakely v. Washington</u> (Dkt. 29), filed nearly seven months ago on December 8, 2004. The Defendant was apparently sentenced after a plea agreement was reached, but there is no indication that the Defendant has ever challenged or appealed his sentence. Accordingly, the Defendant's Motion (Dkt. 29) is **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 28th day of June, 2005.

_____
JOHN H. MOORE II
United States District Judge

**Copies to:**   Counsel of Record
Defendant